UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: CANDICE P WARREN ) Case No. 19 B 17024
) 
Debtor ) Chapter 13
)
) Judge: JACQUELINE P COX

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no.23 having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

ENTER:

DATED: SEP 16 2019

J. Cox  /s/ Jacqueline P. Cox
JUDGE

Non-Binding Plan Summary:

| Monthly Pymt. | Term | Est. Unsec% |
|---|---|---|
| $250.00 | 36 | 10.00 |