**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Candice P. Warren</u>
Case No. <u>19-17024</u> Chapter <u>13</u>

All Cases: Moving Creditor <u>JPMorgan Chase Bank, N.A.</u> Date Case Filed <u>June 14, 2019</u>

Nature of Relief Sought ☒ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed <u>9/16/2019</u>

Chapter 7:  ☐ No-Asset Report filed on _____

☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral
   a. ☐ Home
   b. ☒ Car <u>2019 Mazda CX-5,("VIN") of JM3KFACM9K0617922</u>
   c. ☐ Other (describe)
2. Balance Owed as of December 20, 2019: $<u>29,090.05</u>
   Total of all other Liens against Collateral: $<u>0.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>22,325.00, per NADA report dated 12/20/2019</u>.

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____    Amount $_____

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months <u>4</u>    Amount $<u>2,186.68</u>

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

      i. ☐ No insurance
      ii. ☐ Taxes unpaid    Amount $_____

      iii. ☒ Rapidly depreciating asset
      iv. ☐ Other _____

   b. ☒ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

   c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)
      i. ☐ Bad Faith (describe) _____

19-024312_FXF

      ii. ☐ Multiple filings
      iii. ☐ Other (describe) _____

d. Debtor's Statement of Intention regarding the Collateral

    i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☒ No Statement of Intention Filed

Date: __January 10, 2020__

Respectfully submitted,

/s/ Todd J. Ruchman
_____
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

(Rev. 12/21/09)

19-024312_FXF